Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

WILLIE MACK WILLIAMS

CASE NO. 14-70041-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: FDBA RWTT THRIFT STORE | DBA2: |
| SS#1: xxx-xx- 8037 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:   3/21/2014   Orig. Time:   11:00 AM        Reset Date:   4/9/2014 Reset Time:   11:00 AM

  B. Meeting Results:   Adjourned

  C. Debtor(s):   Debtor 1 Appeared

  D. Attorney for Debtor(s):   Appeared

  E. Creditor Appearance:   None

  F. Amount Paid to the Trustee as of        4/9/2014     $190.00        First Payment Due Date:        3/20/2014

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:        B22C Form is:        Complete

      Budgeted Income:     $1,045.00     Expense:        $855.00     Surplus:        $190.00

      Plan Payment:     $190.00   Monthly                                    Plan Term(Months):     56

  I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:        $0.00

      Objection to Exemption of:

      __   Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   96-70304-13

      __   Object to Invoke Stay Pleading

      __   Case Converted from Chapter 7, Bar Date Set:     6/19/2014   Date Converted from Chapter 7:

  J. Required Information:   Good

  K. Business Information:

  L. Object to Confirmation:     Yes

      Plan fails to provide for IRS's $1,589.62 priority claim for 2010 unas liab taxes.
      Plan fails to provide for Easy Rent's scheduled $1,200 secured claim
      Feasibility until all claims are properly treated
      Failure to acknowledge $1,200.00 equity in non-exempt property

  M. Financial Management Class:     Debtor 1 Appeared

  N. Eligibility:

      Certificate of Credit Counseling Filed:     Debtor 1 Only

      Credit Counseling Provider Approved:                Yes

      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        No

  O. Domestic Support Obligation:        $0.00   Current:                Arrears:        $0.00

      Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:        Questions
        -Plan fails to provide for IRS's $1,589.62 priority claim for 2010 unas liab taxes.
        -Plan fails to provide for Easy Rent's scheduled $1,200 secured claim
      Hhe is still making payments
        -Feasibility until all claims are properly treated
        -Failure to acknowledge $1,200.00 equity in non-exempt property
          -Provide for Easy Rent's $1,200.00 claim scheduled on Sch D & no exemption on Sch C

Dated:     4/9/2014                                        /s/ Walter O'Cheskey

                                                         Standing Bankruptcy Trustee

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

By:        Brent Hagan

| Case Number: | | 14-70041 |
|---|---|---|
| Debtor: | | Williams |
| Attorney: | | White |
| Presiding Officer: | | Brent Hagan |
| Calculation Date: | | 4/9/2014 8:40 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly<br>Payment | Total Pmt. Per Term of<br>Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly<br>Payment | Total Pmt. Per Term of<br>Plan |
|---|---|---|---|---|---|
| Wichita County | $934.95 | 12.00% | 49 | $24.23 | $1,187.22 |
| Gold Star | $951.00 | 5.00% | 36 | $28.50 | $1,026.08 |
| Shamrock | $1,400.00 | 5.00% | 48 | $32.24 | $1,547.57 |
| Easy Rent - $1,200 scheduled, but not on plan | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly<br>Payment | Total Pmt. Per Term of<br>Plan |
|---|---|---|---|---|---|
| IRS - $1,589.62 not provided for | $0.00 | | 1 | $0.00 | $0.00 |
| 2010 unas liab taxes -- return shows refund | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| **Attorney Fees**       Paid Through the Plan | $3,376.00 | | | | $3,376.00 |
| **Noticing Fees** | $47.52 | | | | $47.52 |
| **Clerk Filing Fees** | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | |
| Less Trustee Fees | $0.00 | | | |
| Less Attorney Fees | $3,376.00 | | | |
| Less Noticing Fees | $47.52 | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $0.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| **Chapter 7 Minimum (Net)** | **$0.00** | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $1,209.00 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $7,977.38 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $10,640.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $2,662.62 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008